HIRSH v. BLAIR et al. (two cases).

(Supreme Court, Appellate Division, First Department.  October 18, 1912.)

DISCOVERY (§ 41*)—EXAMINATION BEFORE TRIAL—RIGHT TO.
    Examination of defendants before trial should be denied, where it appears that the examination is directed to facts which will only be material upon an accounting, if one is ordered.
    [Ed. Note.—For other cases, see Discovery, Cent. Dig. § 54; Dec. Dig. § 41.*]
    Laughlin, J., dissenting.

Appeal from Special Term, New York County.

Actions by Adolph Hirsh and by Sophie Hirsh against David H. Blair and another.  From an order refusing to vacate an order for the examination of defendants before trial, they appeal.  Reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

A. J. Rifkind, of New York City, for appellants.
Mason Trowbridge, of New York City, for respondents.

PER CURIAM.  The orders appealed from should be reversed, with $10 costs and disbursements, and the motions to vacate the orders for the examination of the defendants before trial granted, upon the ground that the examination is directed to facts which will only be material upon an accounting, if one is ordered.

LAUGHLIN, J., dissents.